JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 6 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

~~Ellen DeRosa v. Pfizer, Inc., et al., D. New Hampshire, C.A. No. 1:05-116~~ opposed 5/23/05
Steven Belbruno v. Pfizer, Inc., et al., D. New Jersey, C.A. No. 2:05-1682
~~Mary Hansen v. Pfizer, Inc., et al., D. Vermont, C.A. No. 1:05-100~~ opposed 5/23/05

### CONDITIONAL TRANSFER ORDER (CTO-7)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 30 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 2 - 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:05-cv-01682-JAP-MCA

BELBRUNO v. PFIZER INC. et al
Assigned to: Judge Joel A. Pisano
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 28:1446pl Petition for Removal - Product Liability

Date Filed: 03/29/2005
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**STEVEN BELBRUNO**	represented by	**NANCY Y. MORGAN**
FINKELSTEIN & PARTNERS, LLP
436 ROBINSON AVENUE
NEWBURGH, NY 12550
800 634-1212
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**PFIZER INC.**	represented by	**MEGHAN MARIE THOMSEN**
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
457 HADDONFIELD ROAD
SUITE 600
CHERRY HILL, NJ 08002-5074
856-488-7700
Email: mthomsen@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PARKE-DAVIS**
*a division of Warner-Lambert Company and Warner- Lambert LLC*

represented by **MEGHAN MARIE THOMSEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD G. PLACEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WARNER -LAMBERT COMPANY**

represented by **MEGHAN MARIE THOMSEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD G. PLACEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WARNER-LAMBERT COMPANY LLC**

represented by **MEGHAN MARIE THOMSEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD G. PLACEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2005 | 1 | NOTICE OF REMOVAL by PFIZER INC., PARKE-DAVIS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC from SUPERIOR COURT OF MORRIS COUNTY, case number OCN-L-705 w/copies of Cmp. (Filing fee $ 250 receipt number 330069) (Attachments: # 1 COMPLAINT(exhibit)# 2 NTC OF FILING)(dr, ) (Entered: 03/31/2005) |
| 04/07/2005 | 2 | NOTICE of Appearance by NANCY Y. MORGAN on behalf of STEVEN BELBRUNO (MORGAN, NANCY) (Entered: 04/07/2005) |
| 04/11/2005 | 3 | STATEMENT by PFIZER INC., PARKE-DAVIS, WARNER -LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC. (THOMSEN, MEGHAN) (Entered: 04/11/2005) |
| 04/12/2005 | 4 | CONSENT ORDER extending time until 5/4/05 for defts., PFIZER INC., WARNER- LAMBERT CO. & WARNER-LAMBERT CO., LLC to answer.. Signed by Judge Madeline C. Arleo on 4/7/05. (DD, ) (Entered: 04/13/2005) |

CM/ECF LIVE - U.S. District Court for the District of New Jersey - Doc... https://ecf.njd.uscourts.gov/cgi-bin/DktRpt.pl?110174252499744-L_28...

Case 1:05-cv-11153-PBS    Document 7-2    Filed 05/27/2005    Page 3 of 3

| 04/13/2005 | | Update Answer Due Deadline 5/4/05 as to defts., PFIZER, INC., WARNER-LAMBERT CO. & WARNER-LAMBERT, LLC (DD, ) (Entered: 04/13/2005) |
|---|---|---|
| 05/04/2005 | 5 | ANSWER to Complaint *with Affirmative Defenses and Certificate of Service* by PFIZER INC., PARKE-DAVIS, WARNER -LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC.(THOMSEN, MEGHAN) (Entered: 05/04/2005) |
| 05/16/2005 | 6 | NOTICE by PFIZER INC., PARKE-DAVIS, WARNER -LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC *of Filing of Plaintiff's Response to Defendants' First Request for Admission Directed to Plaintiff, with Certificate of Service* (PLACEY, RICHARD) (Entered: 05/16/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/03/2005 14:17:50 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-01682-JAP-MCA Start date: 1/1/1970 End date: 6/3/2005 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |