**UNITED STATES DISTRICT COURT**
**MARTIN LUTHER KING, JR.**
**FEDERAL BLD & U.S. COURTHOUSE**
**50 WALNUT STREET**
**P.O. BOX 419**
**NEWARK, N.J. 07101-0419**

2: 02

William T. Walsh
Clerk

CAMDEN OFFICE
USPO & Courthouse
401 Market Street
Camden, N.J. 08101

TRENTON OFFICE
402 East State Street
P.O. Box 515
Trenton, N.J. 08603

United States District Court
for the District of Massachusetts
1 Courthouse Way Ste. 230
Boston, MA 02210

REPLY TO: Newark

Date: 6/7/05

Re: cv-05-1682(JAP) BELBRUNO VS. PFIZER, INC., et al

Dear Sir/Madam:

Pursuant to MDL Order of Transfer

enclosed please find a certified copy of the Order of Transfer and a
certified copy of the docket entries. The entire file can be accessed
through the PACER System

Kindly acknowledge receipt on a copy of this letter.

Very truly yours,

William T. Walsh, Clerk

By: _Sheree Raimo_

Sheree Raimo

Deputy Clerk

cc:

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 6 2005

FILED
CLERK'S OFFICE

I hereby certify that the
foregoing document is a full and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☐ original filed in my office on _____ .05
    Sarah A. Thornton
    Clerk, U.S. District Court
    District of Massachusetts
By: _____
Deputy Clerk

*DOCKET NO. 1629*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

~~Ellen DeRosa v. Pfizer, Inc., et al., D. New Hampshire, C.A. No. 1:05-116~~ opposed 5/23/05
Steven Belbruno v. Pfizer, Inc., et al., D. New Jersey, C.A. No. 2:05-1682
~~Mary Hansen v. Pfizer, Inc., et al., D. Vermont, C.A. No. 1:05-100~~ opposed 5/23/05

### CONDITIONAL TRANSFER ORDER (CTO-7)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 30 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 2 4 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office

FOR THE PANEL:

_____ H. Clerk
_____ Court

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

June 3, 2005

Mr. William T. Walsh, Clerk
United States District Court
50 Walnut Street
Newark, NJ 07102

IN RE: <u>MDL DOCKET No. 1629</u>  In Re: Neurontin Marketing and Sales Practices
USDC - Massachusetts <u>Lead</u> Case No. 1:04CV10739-PBS
Your Case: Civil Action No: 2:05-1682 Steven Belbruno v. Pfizer, Inc. et al
District of MA No: 1:05cv11153 PBS

Dear Mr. Walsh:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:     Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:05-cv-01682-JAP-MCA

| | |
|---|---|
| BELBRUNO v. PFIZER INC. et al | Date Filed: 03/29/2005 |
| Assigned to: Judge Joel A. Pisano | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Madeline C. Arleo | Nature of Suit: 365 Personal Inj. |
| Cause: 28:1446pl Petition for Removal - Product | Prod. Liability |
| Liability | Jurisdiction: Diversity |

**Plaintiff**

**STEVEN BELBRUNO**            represented by   **NANCY Y. MORGAN**
FINKELSTEIN & PARTNERS,
LLP
436 ROBINSON AVENUE
NEWBURGH, NY 12550
800 634-1212
Email:
epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PFIZER INC.**            represented by   **MEGHAN MARIE
THOMSEN**
MONTGOMERY
MCCRACKEN WALKER &
RHOADS LLP
457 HADDONFIELD ROAD
SUITE 600
CHERRY HILL, NJ 08002-5074
856-488-7700
Email: mthomsen@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD G. PLACEY**
MONTGOMERY,
MCCRACKEN, WALKER &
RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**PARKE-DAVIS**                    represented by **MEGHAN MARIE**
*a division of Warner-Lambert*                  **THOMSEN**
*Company and Warner- Lambert*               (See above for address)
*LLC*                                        *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **RICHARD G. PLACEY**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**WARNER -LAMBERT**                represented by **MEGHAN MARIE**
**COMPANY**                                     **THOMSEN**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **RICHARD G. PLACEY**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**WARNER-LAMBERT**                represented by **MEGHAN MARIE**
**COMPANY LLC**                                 **THOMSEN**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD G. PLACEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2005 | 1 | NOTICE OF REMOVAL by PFIZER INC., PARKE-DAVIS, WARNER -LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC from SUPERIOR COURT OF MORRIS COUNTY, case number OCN-L-705 w/copies of Cmp. (Filing fee $ 250 receipt number 330069) (Attachments: # 1 COMPLAINT(exhibit)# 2 NTC OF FILING)(dr, ) (Entered: 03/31/2005) |
| 04/07/2005 | 2 | NOTICE of Appearance by NANCY Y. MORGAN on behalf of STEVEN BELBRUNO (MORGAN, NANCY) (Entered: 04/07/2005) |
| 04/11/2005 | 3 | STATEMENT by PFIZER INC., PARKE-DAVIS, WARNER -LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC. (THOMSEN, MEGHAN) (Entered: 04/11/2005) |
| 04/12/2005 | 4 | CONSENT ORDER extending time until 5/4/05 for defts., PFIZER INC., WARNER- LAMBERT CO. & WARNER-LAMBERT CO., LLC to answer.. Signed by Judge Madeline C. Arleo on 4/7/05. (DD, ) (Entered: 04/13/2005) |
| 04/13/2005 |  | Update Answer Due Deadline 5/4/05 as to defts., PFIZER, INC., WARNER-LAMBERT CO. & WARNER-LAMBERT, LLC (DD, ) (Entered: 04/13/2005) |
| 05/04/2005 | 5 | ANSWER to Complaint *with Affirmative Defenses and Certificate of Service* by PFIZER INC., PARKE-DAVIS, |

| | | | |
|---|---|---|---|
| | | | WARNER -LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC.(THOMSEN, MEGHAN) (Entered: 05/04/2005) |
| 05/16/2005 | | 6 | NOTICE by PFIZER INC., PARKE-DAVIS, WARNER -LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC *of Filing of Plaintiff's Response to Defendants' First Request for Admission Directed to Plaintiff, with Certificate of Service* (PLACEY, RICHARD) (Entered: 05/16/2005) |
| 06/07/2005 | | 7 | CERTIFIED COPY OF ORDER purs to MDL transferring case to the USDC for the District of Massachusetts. (sr, ) (Entered: 06/07/2005) |
| 06/07/2005 | | | ***Civil Case Terminated. (sr, ) (Entered: 06/07/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/14/2005 11:29:07 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-01682-JAP-MCA Start date: 1/1/1970 End date: 6/14/2005 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |