

| | | | |
|---|---|---|---|
| Howard S. Finkelstein, P.C. | Andrew J. Genna (NY & PA) | Robert F. Moson | Silvia Fermanian |
| Andrew G. Finkelstein, P.C. (NY & NJ) | Thomas C. Yatto | Debra J. Reisenman | Karen M. Queenan (NY & CT) |
| George M. Levy | Elyssa M. Fried-DeRosa | Michael T. McGarry | Marie M. DuSault |
| Kenneth L. Oliver, P.C. | Mary Ellen Wright | Steven P. Shultz (NY & MA) | Andrew I. Falk |
| Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) | Kenneth B. Fromson (NY & NJ) | Julio E. Urrutia | |
| Duncan W. Clark | Joel Bossom | Victoria Lieb Lightcap (NY & MA) | Of Counsel |
| Ronald Rosenkranz | Nancy Y. Morgan (NY & PA) | Ann R. Johnson (NY & CT) | Jules P. Levine, P.C. (NY & FL) |
| Robert J. Camera (NY & NJ) | Andrew L. Spitz | Marshall P. Richer | Michael O. Gittelsohn, P.C. (NY) |
| Joseph P. Rones (NY & FL) | James W. Shuttleworth, III | Thomas J. Pronti | Joel A. Reback (NY & Israel) |
| Steven Lim | Lawrence D. Lissauer | Kristine M. Cahill (NY & CT) | Sheila Rosenrauch (NY) |
| George A. Kohl, 2nd (NY & MA) | David E. Gross (NY & NJ) | Kara L. Campbell (NY & CT) | Kenneth Cohen (NJ) |
| Eleanor L. Polimeni | | Arieh Mezoff | Cynthia M. Maurer (NY & NJ) |
| Steven H. Cohen | Bonna L. Horovitz (NY, NJ & MA) | Christopher T. Milliman | Raye D. Futerfas (NJ) |
| Francis Navarra | Terry D. Horner | | Frances M. Bova (NY & NJ) |
| | | | Kenneth G. Bartlett (CT & NJ) |
| | | | Ari Kresch (NY & MI) |

A Limited Liability Partnership

(800) 634-1212
REFER TO OUR FILE #    200599-06    June 21, 2005

Ms. Christine Patch
United States District Court
John Moakley United States Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

      Re: In re: Neurontin Marketing, Sales Practices
          and Products Liability Litigation
          MDL-1629

      THIS DOCUMENT RELATES TO: <u>BelBruno vs. Pfizer Inc., et al.</u>
               05-CV-11153

Dear Ms. Patch:

    Enclosed please find two pages (pages 49 and 50) that I believe may be missing from the copy of the complaint that was forwarded to the MDL in the above-referenced matter. Please note that the complete complaint that was filed <u>BelBruno v. Pfizer Inc., et al.</u>, D.N.J. Case No. 05-1682 in the Superior Court of New Jersey, Ocean County, and that the defendant did answer the complete complaint. The copy of the complaint that was annexed to the removal papers is also missing the two pages. It is my understanding that you will be able to insert the two pages into the complaint.

    I apologize for the inconvenience.

    Thank you for your consideration in this matter.

                                  Very truly yours,

                                  FINKELSTEIN & PARTNERS, LLP

                                  By: Eleanor L. Polimeni, Esq.

Encl.
cc w/encl.: Richard G. Placey, Esq.

NEWBURGH • ALBANY • SYRACUSE • POUGHKEEPSIE • UTICA • TROY • BINGHAMTON • MIDDLETOWN • NYACK
NEWARK • NEW WINDSOR • GOSHEN • NEW HAVEN • CINCINNATI
Accredited CLE Provider    www.lawampm.com    www.stocklitigationlaw.com
send ALL correspondence to our operations center: 436 Robinson Avenue, Newburgh, NY 12550 • (800)634-1212 • Fax (845)562-3492